1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10   FRANCESCA M. AIELLO,                    Case No.  1:23-cv-01542-KES-EPG

11              Plaintiff,                   ORDER GRANTING MOTION FOR
                                             EXTENSION OF TIME TO FILE DISMISSAL
12        v.                                 PAPERS

13   RENT RECOVERY SOLUTIONS, LLC            (ECF No. 55).
     and MANCO ABBOTT, INC., doing
14   business as, THE EMERSON,

15              Defendants.

16

17   MEGAN A. JOHNSTON,                      Case No.    1:23-cv-01544-KES-EPG

18              Plaintiff,

19        v.

20   RENT RECOVERY SOLUTIONS, LLC
     and MANCO ABBOTT, INC., doing
21   business as, THE EMERSON,

22              Defendants.

23

24        On July 25, 2025, Plaintiffs Francesca M. Aiello and Megan A. Johnston ("Plaintiffs")

25   and Defendant Rent Recovery Solutions, LLC ("Defendant") reached a settlement in this action.

26   (ECF No. 53). The parties requested 45 days to consummate the settlement and requested the

27   Court stay all proceedings and vacate any pending deadlines. (ECF No. 53). In light of the

28

                                             1

settlement between the parties, on July 28, 2025, the Court vacated all deadlines and hearings that were currently pending before the Court, including the September 2, 2025 settlement conference, and ordered the parties to file the appropriate dispositional documents no later than September 11, 2025. (ECF No. 54).

On September 11, 2025, Plaintiffs filed a Motion for the Extension of Time to File Dismissal Papers because the parties are still in the process of finalizing the settlement and require additional time (ECF No. 55). Counsel for Plaintiffs conferred with Defendant's counsel and Defendant does not object. (ECF No. 55).

Upon review, the Court will grant the Plaintiff's Motion for Extension of Time to File Dismissal Papers and hereby ORDERS that the appropriate dispositional documents be filed no later than October 14, 2025.

IT IS SO ORDERED.

Dated:    **September 12, 2025**              /s/ _Erica P. Grosjean_
                                              UNITED STATES MAGISTRATE JUDGE

2